

# NUMBER 13-25-00424-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ARMANDO RODRIGUEZ,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

## ON APPEAL FROM THE 92ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca
Memorandum Opinion by Justice Cron**

This cause is before the Court on its own motion. On August 26, 2025, appellant filed a notice of appeal attempting to appeal an order denying a petition for exemption from registering as a sex offender entered in trial court case number CR-0697-88-A. It is our opinion that we do not have jurisdiction over this matter.

Upon review of the order appellant was attempting to appeal, on August 26, 2025, the Clerk of the Court notified appellant that it appears we may not have jurisdiction over the matter. Appellant was further notified that the appeal may be subject to dismissal if the defect remained uncured after thirty days. *See* TEX. R. APP. P. 37.1.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a signed final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App. —Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

Furthermore, the denial of a petition for exemption from registering as a sex offender is not a final appealable order, and intermediary appellate courts do not otherwise have jurisdiction over such appeals. *See Ex Parte McGregor*, 145 S.W.3d 824 (Tex. App.—Dallas 2004, no pet.); *Dewalt v. State*, 417 S.W. 3d 678 (Tex. App.—Austin 2013, pet. ref'd).

Without a statute providing the right to appeal an order denying a petition for exemption from registering as a sex offender, we lack jurisdiction over this appeal. After having fully examined and considered the notice of appeal and order being appealed, the

Court is of the opinion that there is not a final or otherwise appealable order, and we lack jurisdiction. Accordingly, this appeal is hereby dismissed for lack of jurisdiction.

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
20th day of November, 2025.